1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON HEALTH CARE AUTHORITY,

            Plaintiff,

v.

ALEX M AZAR II,

            Defendants.

Case No. C19-6137 BHS-TLF

REPORT AND RECOMMENDATION

Noted for January 22, 2021

12  On October 29, 2020, the Court dismissed plaintiff's complaint against the

13  "Hospital Defendants"[1] for lack of subject matter jurisdiction with leave to amend. Dkt.

14  52. The Court re-referred this matter to the undersigned to set a deadline to file the

15  amended complaint. Dkt. 52. On November 3, 2020, the Court issued an order setting

16  the deadline to file amended complaint for December 17, 2020. Dkt. 53.

17  Plaintiff has not filed an amended complaint. On December 29, 2020, the

18  undersigned issued an Order to Show Cause directing plaintiff to show cause why

19  plaintiff's complaint against the Hospital Defendants should not be dismissed for lack of

20  subject matter jurisdiction and failure to prosecute. Dkt. 54. Plaintiff has informed the

---

[1] The Hospital Defendants are Kadlec Regional Medical Center, King County Public Hospital District No. 2, Providence Centralia Hospital, Providence Holy Family Hospital, Providence Mount Carmel Hospital, Providence Regional Medical Center Everett, Providence Sacred Heart Medical Center, Providence St. Mary Medical Center, Providence St. Peter Hospital, Snohomish County Public Hospital District No. 1, Swedish Medical Center Cherry Hill, Swedish Medical Center Edmonds, Swedish Medical Center First Hill/Ballard, Swedish Medical Center Issaquah, and Seattle Children's Hospital.

REPORT AND RECOMMENDATION - 1

Court that plaintiff does not object to the dismissal of this action without prejudice. Dkt 55.

Based on the foregoing, the undersigned recommends that the Court dismiss this action without prejudice for lack of subject matter jurisdiction and for failure to prosecute.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b)(2). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). If objections are filed, the parties shall have **fourteen (14) days** from the service of the objections to file a response. FRCP 72(b)(2). Accommodating this time limitation, this matter shall be set for consideration on January 22, 2021, as noted in the caption.

Dated this 7th day of January, 2021.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2