## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON HEALTH CARE AUTHORITY,<br><br>              Plaintiff,<br>    v.<br>ALEX M. AZAR II, et al.<br><br>              Defendants. | CASE NO. C19-6137 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 56. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's complaint is **DISMISSED without prejudice** and

(3)    The Clerk shall enter JUDGMENT and close this case.

Dated this 1st day of February, 2021.

                              BENJAMIN H. SETTLE
                              United States District Judge